IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS M. ASH,

    Plaintiff,

v.                                      CASE NO. 5:14-cv-00003-MP-GRJ

GRACE AND TRUTH CHURCH and
PASTOR CARL JACKSON,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 4, 2014. (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.    This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

    **DONE AND ORDERED** this   *9th* day of May, 2014

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge